

MAY 12 2008
RECEIVED
MAY 12 2008
MAY 12 2008 MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JOHN KEELER

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

ARAMARK-corporation

John Doe

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

08CV 2740
JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE BROWN

Case No: ____________

(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

___✓___ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_______ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_______ **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

I. **Plaintiff(s):**

A. Name: John Keeler

B. List all aliases: John Keller, John Fitzgerald, Willie Keeler

C. Prisoner identification number: 2007001162247

D. Place of present confinement: Cook County Jail

E. Address: PO. Box-089002

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: ARAMARK Corporation

Title: ARAMARK Corporation

Place of Employment: 2700 S. California

B. Defendant: ______________________

Title: ______________________

Place of Employment: ______________________

C. Defendant: ______________________

Title: ______________________

Place of Employment: ______________________

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

**III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: ______________________________

B. Approximate date of filing lawsuit: ______________________________

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: ______________________________

D. List all defendants: ______________________________

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): ______________________________

F. Name of judge to whom case was assigned: ______________________________

G. Basic claim made: ______________________________

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): ______________________________

I. Approximate date of disposition: ______________________________

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Detainee John Keeler noticed on 1-16-08 30.16 For commissary was Taking off my Trust Fund account. Which i never Received. However, on 1-18-08 i Filed a grievance which C.R.W. Repsond on 1-23-08 Stating Credit was given to me. along with a print out of my account Balance. I noticed while looking at my print out. that i never Receive my money. I was Told by the same C.R.W. Dean. To Refile another grievance. on 3-12-08 i Refiled grievance To C.R.W. V. Butler and Received a Respond 3/14/08 Stating Credit will not be issued Because i Signed For it. Which is a lie. I explainned Someone Forced my Signature on a commissiary slip which doing that Time. the Detainee's who worked in the Hall, helping

the commissary people pass out commissary bags. And the officers or commissary staff don't asks for I.D. numbers just Detainees last names.

End.

**V. Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I'm asking that Aramark pay me $50,000 For pain and suffering Due To putting me through problems about their mistakes.

VI. The plaintiff demands that the case be tried by a jury. ☐ YES ☒ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 7 day of May, 20 08

John Keeler
(Signature of plaintiff or plaintiffs)

John Keeler
(Print name)

John Keeler - John Keller
(I.D. Number)
20070016247

P.O. Box-089002
Chicago Il 60608
(Address)

Part-A / Control #: X

Referred To: CRW

[X] Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: Keller First Name: John

ID #: 2007-0016247 Div.: 11 Living Unit: CC Date: 1/18/07

BRIEF SUMMARY OF THE COMPLAINT: on 1-16-08. Detainee Keller ordered commissary which on 1-17-08 commissary was brought to my CC. I noted after talking to one of the commissary staff and explained someone signed for my commissary [illegible] wasn't mine. I also noted $30.14 was taken from my book. I never did sign for any commissary bag or any paper.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

I'm requesting my $30.14 be put back on

ACTION THAT YOU ARE REQUESTING:

my book.

**DETAINEE SIGNATURE:** John Keller

C.R.W.'S SIGNATURE: [signature] DATE C.R.W. RECEIVED: 1/23/08

***Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.***

(WHITE COPY – PROG. SERV.) (YELLOW COPY – C.R.W.) (PINK COPY – DETAINEE) (GOLDENROD COPY – DIVISION/SUPT. OFFICE)




20070016247 - KELLER, JOHN
**BALANCE: $44.16**

| Stamp | Transaction | Amount | Balance |
|---|---|---|---|
| 01/21/2008 | RETURN CREDIT | 23.14 | 44.16 |
| 01/16/2008 | ORDER DEBIT | -20.16 | 21.02 |
| 01/15/2008 | RETURN CREDIT | 0.78 | 41.18 |
| 01/10/2008 | CREDIT | 40.00 | 40.40 |
| 01/09/2008 | ORDER DEBIT | -1.56 | 0.40 |
| 01/02/2008 | ORDER DEBIT | -23.14 | 1.96 |
| 12/24/2007 | CREDIT | 25.00 | 25.10 |
| 11/27/2007 | ORDER DEBIT | -0.06 | 0.10 |
| 11/13/2007 | ORDER DEBIT | -3.70 | 0.16 |
| 11/10/2007 | RETURN CREDIT | 3.70 | 3.86 |

[Next 10 Records]

Click A Transaction To View The Detail or Print Full Report

© 2004 ARAMARK Corporation. All Rights Reserved

4416
2016
24.00

PART – C

## C.C.D.O.C. DETAINEE GRIEVANCE FORM PROCESSED AS A REQUEST

***Please Note :***

- *If the detainee is not satisfied with the response and/or attempt at resolving this issue, the detainee may resubmit the concern and it will be processed as a grievance.*
- *When processed as a request, an appeal of the response and/or action taken cannot be made.*
- *When processed as a request, PART-B is not applicable.*

**Detainee's Last Name:** Keller **First Name:** John

**ID#:** 2007-0016247 **Div:** 11 **Tier/LivingUnit:** CC

**Date of Request:** 1/18/07 **Date C.R.W. Received Request:** 1/23/07

**This request has been processed by:** Soc Worker Dean **C.R.W.**

***Summary of Request:***

Detainee Request assistance with Commissary Refunding issue.

***Response and/or Action Taken:***

CRW Reviewed Detainee trust account appropriate credit was given

Soc Worker Dean (Print- name of individual responding) Soc Worker Dean (Signature of individual responding) **Date:** 1/23/08 **Div./Dept.** 11

( WHITE COPY – PROG. SERV. CENTRAL OFFICE ) ( YELLOW COPY – C.R.W. WEEKLY PACK ) ( PINK COPY – DETAINEE )

Commissary Order 1-16-08. Order ID: 1776435

Part-A / Control #: Request

Referred To: Commissary

[✓] Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: Keller First Name: John

ID #: 2007-0016747 Div.: 9 Living Unit: 3F Date: 3/12/08

BRIEF SUMMARY OF THE COMPLAINT: I Keller on 1-16-08 ordered Commissary while in Division 11 CC. However i didn't receive my commissary. I've Filed a grievance once and was told that i received my commissary when i didn't. According to a copy of my Trust Fund account I never did get my $20.16 Return credit From my commissary ordered. I've saw where the trust Fund office lied about returning my my money. I do Find this is a Federal violation and i'll be asking the Federal Bureau Investigative [crossed out] to investigate these allegation.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: along with the paper work from Trust Fund office.

ACTION THAT YOU ARE REQUESTING: I'm asking that my money $20.16 be put back on Books.

**DETAINEE SIGNATURE:** John Keller

C.R.W.'S SIGNATURE: [signature] DATE C.R.W. RECEIVED: [illegible]

***Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.***

(WHITE COPY – PROG. SERV.) (YELLOW COPY – C.R.W.) (PINK COPY – DETAINEE) (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

PART – C

## C.C.D.O.C. DETAINEE GRIEVANCE FORM PROCESSED AS A REQUEST

3008

*Please Note :*

- *If the detainee is not satisfied with the response and/or attempt at resolving this issue, the detainee may resubmit the concern and it will be processed as a grievance.*
- *When processed as a request, an appeal of the response and/or action taken cannot be made.*
- *When processed as a request, PART-B is not applicable.*

**Detainee's Last Name:** Keller **First Name:** John

**ID#:** 2007-0016217 **Div:** 9 **Tier/LivingUnit:** 3E

**Date of Request:** 3/12/08 **Date C.R.W. Received Request:** 3/14/08

**This request has been processed by:** V. Butler **C.R.W.**

***Summary of Request:***

Detainee request assistance regarding receiving his ~~[illegible]~~ V.B. funds. for $20.16 on 01/14/08

***Response and/or Action Taken:***

Credit will not be issued, [illegible]

**(Print- name of individual responding)** - [signature] **(Signature of individual responding)** **Date:** ___/___/___ **Div./Dept.** ______

( WHITE COPY – PROG. SERV. CENTRAL OFFICE ) ( YELLOW COPY – C.R.W. WEEKLY PACK ) ( PINK COPY – DETAINEE )

X John Keller X John Keller

ARAMARK COOK COUNTY SPENDING LIMIT $100.00 PER WEEK

INMATE NUMBER 2007-0016247

LAST NAME Keller FIRST NAME John MI

UNIT Div-11-CC

I Authorize The Sheriff To Charge My Account: John Keller (ORDER MUST BE SIGNED)

Prices are subject to change without notice. Substitutions will not be made. Orders will be adjusted if there is not enough money available in account. Fill in quantity column only. Prices include tax

MARKING INSTRUCTIONS

- Make dark marks that fill the oval completely.
- Make no stray marks.

WRONG RIGHT

| HEALTH & BEAUTY | PRICE |
|---|---|
| 1001 Conditioner - Balsam 14 oz | $1.46 |
| 1002 Conditioner - Balsam 4 oz | $0.80 |
| 1003 Shampoo - Balsam 14 oz | $1.46 |
| 1004 Shampoo - Balsam 4 oz | $0.80 |
| 1005 Shampoo VO5 | $2.20 |
| 1006 Shampoo - Dandruff 11 oz | $2.02 |
| 1009 Hair Relaxer/Perm | $7.26 |
| 1010 Hair Food | $2.05 |
| 1011 Coconut Oil Conditioner | $2.55 |
| 1012 Pomade | $2.45 |
| 1014 Deodorant - Generic Men's | $1.85 |
| 1015 Deodorant - Generic Ladies | $1.85 |
| 1016 Deodorant - Ladies (Mennen) | $2.45 |
| 1017 Deodorant - Men's (Mennen) | $2.45 |
| 1018 Deodorant - Roll On 1.5 oz | $0.80 |
| 1019 Baby Powder | $1.70 |
| 1020 Lotion - Cocoa Butter | $1.85 |
| 1022 Lotion - Hand / Body | $1.85 |
| 1023 Medicated Skin Cream | $1.95 |
| 1024 Anti-Fungal Cream | $2.25 |
| 1025 Lip Balm Conditioner | $0.97 |
| 1026 Magic Cream Shave Depilatory | $3.00 |
| 1027 After Shave 4 oz | $1.50 |
| 1028 Soap - Irish Spring | $0.90 |
| 1030 Soap - Tone | $1.00 |
| 1031 Soap - Jergens | $0.90 |
| 1032 Soap - Like Dial | $0.90 |
| 1033 Soap Dish | $0.60 |
| 1034 Mouthwash - Mint | $1.50 |
| 1065 Toothpaste - Freshmint 4.6oz | $1.50 |
| 1036 Toothpaste - Colgate 2.7oz | $1.87 |
| 1037 Toothbrush - medium | $0.97 |
| 1038 Efferdent Denture Cleanser 40 Ct | $2.75 |
| 1039 Effergrip 2.5 oz | $3.75 |
| 1040 Acetaminophen 2 pk | $0.45 |
| 1041 Ibuprofen 2pk | $0.45 |
| 1042 Rolaids (Original) | $0.80 |
| 1043 Halls Cough Drops | $0.97 |
| 1044 Daily Vitamin with Iron | $2.95 |
| 1045 Saline Solution | $2.15 |
| 1046 Douche - Sweet n Fresh | $1.50 |
| 1047 Super Maxi Pad | $1.53 |
| 1048 Foot Powder | $1.75 |
| 1049 Comb 9" - Dress | $0.40 |
| 1050 Palm Brush | $0.45 |
| 1051 Shower Cap | $0.27 |
| 1068 Metamucil 2 pk Sugar Free | $1.25 |
| 1069 Vaseline 5gm packet | $0.17 |
| 1070 Hydrocortisone Ointment | $3.00 |
| 1060 Reading Glasses +1.0 | $6.00 |
| 1061 Reading Glasses +1.25 | $6.00 |
| 1053 Reading Glasses +1.5 | $6.00 |
| 1054 Reading Glasses +1.75 | $6.00 |
| 1055 Reading Glasses +2.00 | $6.00 |
| 1056 Reading Glasses +2.25 | $6.00 |
| 1057 Reading Glasses +2.50 | $6.00 |
| 1058 Reading Glasses +2.75 | $6.00 |
| 1059 Reading Glasses +3.00 | $6.00 |
| 1062 Reading Glasses +3.25 | $6.00 |
| 1063 Reading Glasses +3.5 | $6.00 |

| HEALTH & BEAUTY | PRICE |
|---|---|
| **CHIPS** | |
| 3050 Chips - Regular - 1.5 oz | $0.78 |
| 3051 Chips - BBQ (spicy) - 1.5 oz | $0.78 |
| 3055 Corn Chips - Chili Cheese - 2 oz | $0.78 |
| 3056 Doritos - Nacho - 1.75 oz | $0.78 |
| 3058 Cheese Popcorn - 1 oz | $0.78 |
| 3059 Cheetos - Crunchy - 2 oz | $0.78 |
| 3060 Cheetos - Hot - 2 oz | $0.78 |
| 3063 Baconettes - 1 oz | $0.78 |
| 3064 Flamin' Hot Trail Mix - 2 oz | $0.78 |
| 3023 Doritos - Fiery Habanero | $0.78 |
| 3016 Peanuts - Salted - 1 oz | $0.45 |
| 3017 Saltines - 16 oz | $1.90 |
| 3019 Snack Crackers - 2 oz | $2.30 |
| 3021 Sunflower Kernels | $0.60 |
| **DRINKS** | |
| 5001 Coffee - Decaf -10 pk | $2.75 |
| 5002 Coffee - Regular -10 pk | $2.50 |
| 5003 Sugar - 10 pk | $0.40 |
| 5004 Creamer - 10 pk | $0.40 |
| 5005 Sugar Substitute - 10 pk | $0.17 |
| 5007 Lemon Drink - Sugar Free 10 pk | $2.20 |
| 5008 BL Cherry Drink - Sugar Free 10 pk | $2.20 |
| 5010 Orange Breakfast Drink 6oz packet | $1.40 |
| 5011 Lemonade 6oz packet | $1.40 |
| 5012 Fruit Punch 6oz packet | $1.40 |
| 5013 Cherry Drink 6oz packet | $1.40 |
| 5015 Hot Chocolate - 10Ct box | $2.30 |
| 5019 Tea - 100 ct | $2.50 |
| **GENERAL MERCHANDISE** | |
| 6001 Envelopes #10 White | $0.03 |
| 6002 Legal Pad - White | $0.75 |
| 6003 Writing Pen | $0.28 |
| 6004 Greeting Card - Birthday | $1.00 |
| 6005 Greeting Card - Juvenile BDay | $1.00 |
| 6006 Greeting Card - Get Well | $1.00 |
| 6007 Greeting Card - Friendship | $1.00 |
| 6008 Greeting Card - Anniversary | $1.00 |
| 6009 Greeting Card - Thank You | $1.00 |
| 6010 Greeting Card - Holiday | $1.00 |
| 6011 Greeting Card - Birthday (Spanish) | $1.00 |
| 6016 Greeting Card - Love | $1.00 |
| 6013 Tumbler - Plastic w/Lid | $0.50 |
| 6014 Envelopes - 9 X 12 | $0.15 |
| 6015 Laundry Detergent | $0.60 |
| 6012 Playing Cards | $1.30 |




Managed Services
*Managed Better.*

Print | Close Window

**ORDER DETAIL**

| | | | |
|---|---|---|---|
| Inmate Name: | KELLER, JOHN | Charged: | 20.16 |
| Inmate Number: | 20070016247 | Sub Total: | 20.16 |
| Order ID: | 1776435 | Tax: | 0.00 |
| Order Date: | 01/16/2008 | Total: | 20.16 |
| Inmate Location: | DIV 11 | Credit: | 0.00 |
| *(At Time of Order)* | BL/BU C | | |
| | T/D CC | | |
| | C/B LX | | |

| PLU | Description | Ordered | Charged | Filled | Price | Sub Total | Reason |
|---|---|---|---|---|---|---|---|
| 3056 | DORITOS - NACHO | 2 | 2 | 2 | 0.78 | 1.56 | |
| 3059 | CHEETOS | 3 | 3 | 3 | 0.78 | 2.34 | |
| 7008 | CUPCAKE | 4 | 4 | 4 | 1.00 | 4.00 | |
| 7009 | HONEY BUNS | 4 | 4 | 4 | 1.00 | 4.00 | |
| 9011 | PB COOKIE | 3 | 3 | 3 | 0.60 | 1.80 | |
| 6001 | ENV #10 WHITE | 2 | 2 | 2 | 0.03 | 0.06 | |
| 6006 | CARD - GET WELL | 1 | 1 | 1 | 1.00 | 1.00 | |
| 7118 | PNUT BTR-SINGLE | 2 | 2 | 2 | 0.43 | 0.86 | |
| 8002 | JOLLY RNCHR-ASST | 2 | 2 | 2 | 0.97 | 1.94 | |
| 8013 | SKITTLES | 1 | 1 | 1 | 0.80 | 0.80 | |
| 1031 | SOAP - JERGENS | 2 | 2 | 2 | 0.90 | 1.80 | |

*© 2004 ARAMARK Corporation. All Rights Reserved*