# PRISONER CASE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

## Civil Cover Sheet

FILED
MAY 12 2008
MAY 12 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Plaintiff(s):** JOHN KEELER

**Defendant(s):** ARAMARK CORPORATION, et al.

**County of Residence:** COOK

**County of Residence:**

**Plaintiff's Address:**

John Keeler
#2007-0016247
Cook County Jail
P.O. Box 089002
Chicago, IL  60608

**Defendant's Attorney:**

08CV 2740
JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE BROWN

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Civil Rights

**Cause of Action:** 42:1938pr

**Jury Demand:** ☐ Yes  ☑ No

**Signature:** M. Burke      **Date:** 5/12/08