## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2740 | **DATE** | 5/16/2008 |
| **CASE TITLE** | John Keeler (#2007-0016247) vs. Aramark Corporation, et al, | | |

**DOCKET ENTRY TEXT**

This matter is before the court on Plaintiff John Keeler's ("Keeler") motion for leave to proceed *in forma pauperis*. Keeler has failed to provide sufficient information concerning his financial status. For example, Keeler failed to provide any information concerning his past employment. (IFP Par. 2). Since Keeler has failed to provide sufficient information concerning his financial status, we deny the motion for leave to proceed *in forma pauperis* [3]. Keeler is given until June 12, 2008, to either pay the filing fee or file an accurately and properly completed *in forma pauperis* application form. Keeler is warned that if he fails to either pay the filing fee or file an accurately and properly completed *in forma pauperis* application form by June 12, 2008, this action will be dismissed.

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|