FILED
JUN 9 2008 *aw*
6-9-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

10/10/2007

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

__John Keeler__
Plaintiff

v.

__Beaumark-Corporation__
Defendant(s)

CASE NUMBER __08CV2740__
JUDGE __Der-Yeghiayan__

Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:
I, __John Keeler__, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☒ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☒Yes ☐No (If "No," go to Question 2)
   I.D. # __20070016247__ Name of prison or jail: __Cook County Jail__
   Do you receive any payment from the institution? ☐Yes ☒No Monthly amount:_____

2. Are you currently employed? ☐Yes ☒No
   Monthly salary or wages:_____
   Name and address of employer: _____

   a. If the answer is "No":
      Date of last employment:_____
      Monthly salary or wages:_____
      Name and address of last employer:_____

   b. Are you married? ☐Yes ☒No
      Spouse's monthly salary or wages:_____
      Name and address of employer:_____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.

   a. Salary or wages ☐Yes ☒No
      Amount_____ Received by_____

  b.  ☐ Business, ☐ profession or ☐ other self-employment  ☐Yes  ☒No
  Amount_____ Received by_____

  c.  ☐ Rent payments, ☐ interest or ☐ dividends  ☐Yes  ☒No
  Amount_____ Received by_____

  d.  ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                          ☐Yes  ☒No
  Amount_____ Received by_____

  e.  ☐ Gifts or ☐ inheritances  ☐Yes  ☒No
  Amount_____ Received by_____

  f.  ☐ Any other sources (state source:_____)  ☐Yes  ☒No
  Amount_____ Received by_____

4. Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts?  ☐Yes  ☒No  Total amount:_____
  In whose name held:_____ Relationship to you:_____

5. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments?  ☐Yes  ☒No
  Property:_____ Current Value:_____
  In whose name held:_____ Relationship to you:_____

6. Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?  ☐Yes  ☒No
  Address of property:_____
  Type of property:_____ Current value:_____
  In whose name held:_____ Relationship to you:_____
  Amount of monthly mortgage or loan payments:_____
  Name of person making payments:_____

7. Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?  ☐Yes  ☒No
  Property:_____
  Current value:_____
  In whose name held:_____ Relationship to you:_____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒ No dependents
_____
_____

-2-

June 3, 2008

Dear Judge Der-Yeghiazan

I am writing to you because I received a court order for my financial status. From the Trust Fund office. To file for leave to proceed in forma pauperis application and financial affidavit. And the case worker Ms J. Hampton refused to comply with the court order. Also the case number is against Aramark corporation and the case docket number #08CV2740. Now the court ordered stated I had til June 12, 08 or my case will be dismissed. I've also sending copies I wrote to attorneys asking them for their help and not receive a answer back yet.

thanks for
your time.
Sir Der-Yeghiazan

John Keeler #2007001247
John Keeler #2007001247