**FILED**
JUN 9 2008
6-9-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) JOHN KEELER )
)
) Case Number: 08CV2740
v. )
Defendant(s) ARAMARK CORPORATION )
) Judge: DER-YEGHIAYAN
)

MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, John Keeler, declare that I am the (check appropriate box)
   [X] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding [NOTE: This item *must* be completed]: Christopher N. Acker 1215 Wilker Rd. suite 300, Arlington Heights IL 60005 (2) Anthony W. Andrews. 111 W. Washington St Suite 836, Chicago IL, 60602 (3) Gabriel B. Galloway, 309 W. Washington St suite 900 Chicago IL, 60606

3. In further support of my motion, I declare that (check appropriate box):

   [X] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [X] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

   [X] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

John Keeler
Movant's Signature

5-23-08
Date

P.O. Box 89002
Street Address

Chicago IL, 60608
City, State, ZIP

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

Assigned Judge: _____  Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____  Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____  Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____  Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

Case Number 08CV2740

May 22, 08

Dear Attorney Anthony, Andrews

I'm writing due to trying, to get a Attorney, to help me with a civil case against Aramark Corporation here at Cook County, Jail, where i am being hold. However, I've filed my complaint already, in Federal Court and was told by the judge least try to get a lawyer now, along with this letter are some papers i received from the courts. that i filed on behalf on myself. I'm also sending the judge a copy of this letter to show i did write.

Thanks for your Time

John Keeler
John Keeler

Case Number 08CV2740

May 22, 08

Dear Attorney. Chirstopher. Ackeret.

I'm writing to trying to get a lawyer, to help me with a civil case. against Aramark Corporation here at Cook County jail. I've filed my complaint in Federal court And, was told by my judge, to least try in get a lawyer. Now along with this letter are the papers that was filed on my behalf. However, I'm sending the judge a copy of this letter. So he, would no, that i did write to you.

Thanks for yall Time

John Keeler
John Keeler

Case Number 08CV2740

May 22, 08

Dear Attorney Gabriel Galloway,

I'm writing due to trying to get a lawyer to help me fight a civil case against Aramark corporation here at Cook County Jail. Although I've filed my complaint at already in Federal court and was told by the judge, least try getting a lawyer. Now along with this letter is what I received from the court. Also I'm sending the judge a copy of this letter to show I did write to you.

Thanks for your time

John Keeler
John Keeler