I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 5-29-08

_John Keeler_
Signature of Applicant

08 C 2740

_John Keeler_
(Print Name)

**INMATE TRUST FUND ACCOUNT**

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account—prepared by each institution where you have been in custody during that six-month period—and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, __KeleT, John__, I.D.# __20070016347__, has the sum of $ __50.00__ on account to his/her credit at (name of institution) __Cook County Jail__. I further certify that the applicant has the following securities to his/her credit: __N/A__. I further certify that during the past six months the applicant's average monthly deposit was $ __41.00__. (Add all deposits from all sources and then _divide_ by number of months).

06/10/08
DATE

_[signature]_
SIGNATURE OF AUTHORIZED OFFICER

_Hampton_
(Print name)

rev. 7/18/02

-3-




**\*\*TRANSACTION REPORT\*\***

Print Date: 06/10/2008

| Inmate Name: | KELLER, JOHN | Balance: | $50.00 |

Inmate Number: 20070016247

Inmate DOB: 10/26/1971

| Stamp | Transaction | Amount | Balance |
|---|---|---|---|
| 06/06/2008 | CREDIT | 50.00 | 50.00 |
| 04/30/2008 | ORDER DEBIT | -1.92 | 0.00 |
| 04/23/2008 | ORDER DEBIT | -11.43 | 1.92 |
| 04/16/2008 | ORDER DEBIT | -7.84 | 13.35 |
| 04/09/2008 | ORDER DEBIT | -28.81 | 21.19 |
| 04/07/2008 | CREDIT | 50.00 | 50.00 |
| 04/02/2008 | ORDER DEBIT | -0.06 | 0.00 |
| 03/26/2008 | ORDER DEBIT | -29.94 | 0.06 |
| 03/20/2008 | CREDIT | 30.00 | 30.00 |
| 02/20/2008 | ORDER DEBIT | -0.90 | 0.00 |
| 02/13/2008 | ORDER DEBIT | -11.30 | 0.90 |
| 02/06/2008 | ORDER DEBIT | -37.86 | 12.20 |
| 01/30/2008 | ORDER DEBIT | -21.02 | 50.06 |
| 01/25/2008 | CREDIT | 50.00 | 71.08 |
| 01/23/2008 | ORDER DEBIT | -23.08 | 21.08 |
| 01/21/2008 | RETURN CREDIT | 23.14 | 44.16 |
| 01/16/2008 | ORDER DEBIT | -20.16 | 21.02 |
| 01/15/2008 | RETURN CREDIT | 0.78 | 41.18 |
| 01/10/2008 | CREDIT | 40.00 | 40.40 |
| 01/09/2008 | ORDER DEBIT | -1.56 | 0.40 |
| 01/02/2008 | ORDER DEBIT | -23.14 | 1.96 |
| 12/24/2007 | CREDIT | 25.00 | 25.10 |
| 11/27/2007 | ORDER DEBIT | -0.06 | 0.10 |
| 11/13/2007 | ORDER DEBIT | -3.70 | 0.16 |
| 11/10/2007 | RETURN CREDIT | 3.70 | 3.86 |
| 11/06/2007 | ORDER DEBIT | -24.01 | 0.16 |
| 11/06/2007 | RETURN CREDIT | 24.02 | 24.17 |
| 10/30/2007 | ORDER DEBIT | -0.95 | 0.15 |
| 10/23/2007 | ORDER DEBIT | -24.02 | 1.10 |
| 10/15/2007 | RETURN CREDIT | 25.02 | 25.12 |

| Date | Type | Amount | Balance |
|---|---|---|---|
| 10/11/2007 | ORDER DEBIT | -25.02 | 0.10 |
| 10/10/2007 | CREDIT | 25.00 | 25.12 |
| 10/02/2007 | ORDER DEBIT | -51.43 | 0.12 |
| 10/02/2007 | CREDIT | 50.00 | 51.55 |
| 09/25/2007 | ORDER DEBIT | -12.76 | 1.55 |
| 09/18/2007 | ORDER DEBIT | -35.71 | 14.31 |
| 09/12/2007 | CREDIT | 50.00 | 50.02 |
| 08/22/2007 | ORDER DEBIT | -3.99 | 0.02 |
| 08/14/2007 | ORDER DEBIT | -15.61 | 4.01 |
| 08/07/2007 | ORDER DEBIT | -30.88 | 19.62 |
| 07/27/2007 | CREDIT | 50.00 | 50.50 |
| 07/10/2007 | ORDER DEBIT | -8.58 | 0.50 |
| 07/06/2007 | RETURN CREDIT | 8.87 | 9.08 |
| 07/03/2007 | ORDER DEBIT | -8.87 | 0.21 |
| 06/27/2007 | ORDER DEBIT | -9.77 | 9.08 |
| 06/20/2007 | ORDER DEBIT | -32.80 | 18.85 |
| 06/13/2007 | CREDIT | 40.00 | 51.65 |
| 06/06/2007 | ORDER DEBIT | -9.84 | 11.65 |
| 06/01/2007 | PAYROLL | 6.00 | 21.49 |
| 05/30/2007 | ORDER DEBIT | -24.67 | 15.49 |
| 05/24/2007 | PAYROLL | 4.00 | 40.16 |
| 05/23/2007 | ORDER DEBIT | -11.76 | 36.16 |
| 05/18/2007 | PAYROLL | 8.00 | 47.92 |
| 05/17/2007 | PAYROLL | 8.00 | 39.92 |
| 05/16/2007 | ORDER DEBIT | -17.40 | 31.92 |
| 05/12/2007 | RETURN CREDIT | 2.00 | 49.32 |
| 05/09/2007 | ORDER DEBIT | -30.96 | 47.32 |
| 05/07/2007 | RETURN CREDIT | 24.16 | 78.28 |
| 05/04/2007 | PAYROLL | 4.00 | 54.12 |
| 05/02/2007 | ORDER DEBIT | -29.94 | 50.12 |
| 05/01/2007 | RETURN CREDIT | 55.00 | 80.06 |
| 05/01/2007 | CREDIT | 25.00 | 25.06 |
| 04/04/2007 | ORDER DEBIT | -34.56 | 0.06 |
| 03/28/2007 | ORDER DEBIT | -24.16 | 34.62 |
| 03/21/2007 | ORDER DEBIT | -65.47 | 58.78 |
| 03/14/2007 | ORDER DEBIT | -95.29 | 124.25 |
| 03/07/2007 | ORDER DEBIT | -98.46 | 219.54 |
| 03/06/2007 | CREDIT | 318.00 | 318.00 |

© 2004 ARAMARK Corporation. All Rights Reserved